UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANDREW BAUMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-01652-RLY-MJD |
| | ) | |
| LILLY USA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

# FINAL JUDGMENT

Today, the court granted in part Defendant's Motion for Summary Judgment. In doing so, the court determined it did not have subject matter jurisdiction. Accordingly, the court now enters final judgment in favor of the Defendant and against the Plaintiff.

**IT IS SO ORDERED** this 8th day of July 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsel of Record.